UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JIMMIE MEZA, | ) | No. CV 14-3397-AG (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that plaintiff's request for reversal, or in the alternative, remand, is denied; the decision of the Commissioner denying benefits is affirmed; plaintiff's Complaint is dismissed; and Judgment is entered dismissing this action with prejudice.

DATED: February 28, 2015

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE